## (March 12, 1937.)

LEONARD M. EISENBERG, Respondent, v. AMERICAN HOTELS CORPORATION and METROPOLITAN LIFE INSURANCE COMPANY OF NEW YORK, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of AARON HENRY ROSS, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the Court of General Sessions of the City of New York, Borough of Manhattan, was convicted of the crime of extortion. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

NEW YORK & LONDON MANAGEMENT CO., LTD., Respondent, v. AMERICAN SEAL-KAP CORPORATION OF DELAWARE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GEORGE RAPOPORT, Assignee, Appellant, v. JOSEPH WEINSTOCK, Respondent.— Motion for leave to appeal to the Appellate Division dismissed, with ten dollars costs. (Rule XXVI of Appellate Division, Second Department, Rules.) Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MABLE RENOUD, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

NATHAN ROSENBERG, as Administrator, etc., of ESTHER ROSENBERG, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

FAY WINSTON and IRVING WINSTON, Respondents, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, and PARKSIDE RESIDENCES, INC., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.